UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the Defendant of Freedom Institute for Policy Studies Inc. ("Plaintiff") and the Department of Education ("Defendant") (collectively, "the parties"), respectfully submit this Joint Status Report pursuant to the Court's Standing Order. In response the parties state the following:

1. Plaintiff commenced this action on February 26, 2024, under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See generally* ECF No. 1. Defendant has answered. *See* ECF No. 18.

2. This action pertains to two FOIA requests, which Plaintiff submitted to Defendant on May 11 and 12, 2022.

3. Regarding Request No. 22-2728-F, on July 22, 2024, Defendant provided a *Vaughn* index for the final release the Department sent to Plaintiff on July 1, 2022. Plaintiff requests a *Vaughn* index for the July 22, 2024 records release for FOIA request No. 22-02740-F.

4. Regarding the May 12 request, Request No. 22-02740-F, Defendant has completed processing the release of records responsive to this request. The only information redacted is

pursuant to Exemption 6 to protect individuals' privacy. Thus, Defendant does not see the need to provide a Vaughn index for this release. If Plaintiff insists, however, Defendant will not be able to provide a Vaughn before September 30, 2024.

**Plaintiff's Position**

5.      Plaintiff proposes that at this time it defer requests for limited discovery and summary judgment motions until it receives and reviews the Department's September 2, 2024 *Vaughn* index and the parties have had an opportunity to meet and confer with respect to any issues Plaintiff may identify with respect to the productions.

6.      Plaintiff requests that the Court permit the parties to file another Joint Status Report no later than September 23, 2024. The proposed date would allow the parties to confer after the exchange of a *Vaughn* index.

**Defendant's Position**

7.      It is well-settled that discovery in FOIA cases is disfavored. *See Judicial Watch, Inc. v. Dep't of Just.*, 185 F. Supp. 2d 54, 65 (D.D.C. 2002). Courts permit discovery in FOIA cases where a "plaintiff has made a sufficient showing that the agency acted in bad faith." *Voinche v. FBI*, 412 F. Supp. 2d 60, 72 (D.D.C. 2006).. Plaintiff has not and cannot make such a showing. Thus, Defendant opposes any such request. Defendant would, however, not oppose the parties jointly proposing a briefing schedule to address issues that the parties are unable to eliminate via meet and confer.

8.      The parties jointly request that the Court permit them to file another Joint Status Report no later than October 15, 2024. By then, Plaintiff would have a *Vaughn* index for request No. 22-02740-F, if Plaintiff insists on a Vaughn for Exemption 6 material, from which the parties would be able to narrow or eliminate any differences they might have. The proposed date would

allow the parties to confer after the exchange of a *Vaughn* index for personal information if Plaintiff insists.

9.  Generally, the parties agree to a path forward on dates. Plaintiff insists on a *Vaughn* index for individuals' personal information withheld under Exemption 6 and would like to receive same by September 2, 2024, with another Joint Status Report by September 23, 2024. Defendant, on the other hand, is unable to provide a Vaughn before September 30, 2024, due to agency and government counsels' schedules and propose filing another Joint Status Report no later than October 15, 2024.

WHEREFORE, Plaintiff requests that the Court issue a scheduling order pursuant to LCvR 16.4(a) with prompt deadlines and as described herein. Defendant requests that the Court adopt its proposal pursuant to the Court's inherent power to run its docket and not specifically LCvR 16.4(a).

Dated: July 31, 2024

| | |
|---|---|
| */s/ Martha Astor* <br> MARTHA ASTOR <br> D.C. Bar # 900002288 <br> DONALD A. DAUGHERTY, JR. <br> D.C. Bar #900000663 <br> DEFENSE OF FREEDOM INSTITUTE <br> 1455 Pennsylvania Avenue, NW <br> Suite 400 <br> Washington, DC 20004 <br> (321) 390-2707 <br> Martha.Astor@dfipolicy.org <br> Don.Daugherty@dfipolicy.org <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By:/s/ *Kenneth Adebonojo* <br> KENNETH ADEBONOJO <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202)252-2562 <br><br> *Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

## [PLAINTIFF'S PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the Plaintiff's proposal is ADOPTED; and it is further

ORDERED that the Defendants shall produce a *Vaughn* index for FOIA release No. 22-02740-F.

ORDERED that the parties shall have through and including September 23, 2024, to file another Joint Status Report.

SO ORDERED:

_____        _____
Dated                                                                    BERYL A. HOWELL
                                                                                 United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

**[DEFENDANT'S PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties proposal is ADOPTED; and it is further

ORDERED that the parties shall have through and including October 15, 2024, to file another Joint Status Report.

SO ORDERED:


_____                     _____
Dated                                                                              BERYL A. HOWELL
                                                                                              United States District Judge