UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. |

Civil Action No. 24-01041 (BAH)

## JOINT STATUS REPORT

By and through undersigned counsel, the Defendant of Freedom Institute for Policy Studies Inc. ("Plaintiff") and the Department of Education ("Defendant") (collectively, "the parties"), respectfully submit this Joint Status Report pursuant the Court's December 6, 2024 order.  In response the parties state the following:

1.      Plaintiff commenced this action on February 26, 2024, under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney.  *See generally* ECF No. 1.  Defendant has answered.  *See* ECF No. 18.

2.      On the aforementioned date, i.e., December 6, 2024, the Court "direct[ed] the parties to file a joint status report by December 13, 2024, advising the Court of the status of this matter."

3.      Defendant has provided Plaintiff with a Vaughn index to enable the parties' discussions to narrow or eliminate any difference they might have.  Those discussions continue and the parties need additional time continue their dialogue.

4.      Plaintiff proposes that at this time it defer requests for limited discovery and summary judgment motions until it reviews and responds to Education's productions and the parties have had an opportunity to complete discussions with respect to any issues Plaintiff may identify with respect to past and future productions.

WHEREFORE,  the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than January 23, 2025.

Dated: December 13, 2024

| | |
|---|---|
| */s/ Martha Astor* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| MARTHA ASTOR | United States Attorney |
| D.C. Bar # 900002288 | |
| DONALD A. DAUGHERTY, JR. | BRIAN P. HUDAK |
| D.C. Bar #900000663 | Chief, Civil Division |
| DEFENSE OF FREEDOM INSTITUTE | |
| 1455 Pennsylvania Avenue, NW | By:/s/ *Kenneth Adebonojo* |
| Suite 400 |   KENNETH ADEBONOJO |
| Washington, DC 20004 |   Assistant United States Attorney |
| (321) 390-2707 |   601 D Street, NW |
| Martha.Astor@dfipolicy.org |   Washington, DC 20530 |
| Don.Daugherty@dfipolicy.org |   (202)252-2562 |
| | |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

      Plaintiff,

   v.

DEP'T OF EDUCATION,

      Defendant.

Civil Action No. 24-01041 (BAH)

## PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown

and the entire record herein, it is hereby

ORDERED that the ' parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than January 23,

2025.


SO ORDERED:


_____

Dated                                                             BERYL A. HOWELL
                                                                  United States District Judge


- 3 -