UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

## **JOINT STATUS REPORT**

By and through undersigned counsel, the Defendant of Freedom Institute for Policy Studies Inc. ("Plaintiff") and the Department of Education ("Defendant") (collectively, "the parties"), respectfully submit this Joint Status Report pursuant the Court's December 17, 2024 order. In response the parties state the following:

1. Plaintiff commenced this action on February 26, 2024, under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See generally* ECF No. 1. Defendant has answered. *See* ECF No. 18.

2. On the aforementioned date, i.e., December 17, 2024, the Court "direct[ed] the parties to submit a joint status report by January 23, 2025, advising the Court of the status of this matter."

3. The status of this matter is that the parties are in post-production discussions to potentially narrow or eliminate any differences they might have. To that end, the parties expect that their discussion will continue, and they will be able to update the Court further by the time their next proposed JSR would be due.

4. Defendants indicate that they believe they have issued a final production. Plaintiff has scheduled a Meet and Confer with Defendants on January 30, 2025 to discuss whether all responsive records have been produced for request 22-02740-F and 22-02358-F. Specifically, Plaintiff would like to discuss the scope of the search terms applied and whether they align with the original FOIA request. In addition, Plaintiff would also like to discuss the types of records that were requested and which have still not been produced, such as texts, LinkedIn Messages, messages sent via X (previously known as Twitter) and other types of messages which are subject to FOIA requests, but have not been produced in the previous tranches and other salient issues.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than March 14, 2025.

Dated: January 23, 2025

*/s/ Martha Astor*
MARTHA ASTOR
D.C. Bar # 900002288
DONALD A. DAUGHERTY, JR.
D.C. Bar #900000663
DEFENSE OF FREEDOM INSTITUTE
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
(321) 390-2707
Martha.Astor@dfipolicy.org
Don.Daugherty@dfipolicy.org

*Counsel for Plaintiff*

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:/s/ *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

**PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than March 14, 2025.

SO ORDERED:

_____               _____
Dated                                                                                  BERYL A. HOWELL
                                                                                              United States District Judge