UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

## JOINT STATUS REPORT

By and through undersigned counsel, the Defendant of Freedom Institute for Policy Studies Inc. ("Plaintiff") and the Department of Education ("Defendant") (collectively, "the parties"), respectfully submit this Joint Status Report pursuant the Court's January 28, 2025 order. In response the parties state the following:

1. Plaintiff commenced this action under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See generally* ECF No. 1. Defendant has answered. *See* ECF No. 18.

2. On the aforementioned date, i.e., January 28, 2025, the Court "direct[ed] the parties to submit a joint status report by March 14, 2025, advising the Court of the status of this matter."

3. The status of this matter is that the parties are in post-production discussions to potentially narrow or eliminate any differences they might have. To that end, Plaintiff submitted a set of questions about Defendant's production and Defendant has responded as of today. Defendant believes that its answers are sufficiently responsive to Plaintiff's concerns.4. Plaintiff is reviewing Defendant's answers and due to the short timeline, cannot yet provide a response as to whether the answers are sufficiently responsive.

4. Plaintiff does not believe that the Department has provided a full production of records responsive to request 22-02740-F and 22-02358-F. The Plaintiff continues to seek an expanded scope of records that were requested and which have still not been produced, such as texts, Teams Meeting chats, LinkedIn Messages, messages sent via X (previously known as Twitter) and other types of messages which are subject to FOIA requests.

5. Given Defendant's response today, the parties anticipate that additional time is needed for them to conclude their post-production discussions. The Defendant believes that additional time would perhaps enable the parties to resolve the merits of this action without the Court's intervention. If the parties are unable to resolve their differences, it may be necessary to submit a proposed briefing schedule for the Court's consideration.

6. Plaintiff proposes that at this time it defer requests for limited discovery and summary judgment motions until it reviews and responds to the provided answers and has an opportunity to further meet and confer with the Department regarding issues germane to this matter.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than April 30, 2025.

Dated: March 14, 2025

| | |
|---|---|
| */s/ Martha Astor*<br>MARTHA ASTOR<br>D.C. Bar # 900002288<br>DONALD A. DAUGHERTY, JR.<br>D.C. Bar #900000663<br>DEFENSE OF FREEDOM INSTITUTE<br>1455 Pennsylvania Avenue, NW<br>Suite 400<br>Washington, DC 20004<br>(321) 390-2707<br>Martha.Astor@dfipolicy.org<br>Don.Daugherty@dfipolicy.org | EDWARD R. MARTIN, Jr.<br>D.C. Bar No. 481866<br>United States Attorney<br><br>By:/s/ *Kenneth Adebonojo*<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202)252-2562 |

- 3 -

*Attorneys for the United States of America*

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEP'T OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-01041 (BAH) |

**PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than April 30, 2025.

SO ORDERED:


_____　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 4 -