UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

        Plaintiff,

   v.

DEP'T OF EDUCATION,

        Defendant.

Civil Action No. 24-01041 (BAH)

## JOINT STATUS REPORT

By and through undersigned counsel, the Defendant of Freedom Institute for Policy Studies Inc. ("Plaintiff") and the Department of Education ("Defendant") (collectively, "the parties"), respectfully submit this Joint Status Report pursuant the Court's March 18, 2025 order.   In response the parties state the following:

1.      Plaintiff commenced this action under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See generally* ECF No. 1.  Defendant has answered.  *See* ECF No. 18.

2.      On the aforementioned date, i.e., March 18, 2025, the Court "direct[ed] the parties to submit, by April 30, 2025, a proposed scheduling order for dispositive motions to resolve this case."  This Joint Status Report does so.

3.      Although the parties anticipate that they may continue to discuss a resolution, they have also decided to propose the following briefing schedule.

4.      Defendant's dispositive motion is due no later than July 15, 2025; Plaintiff's cross-motion for summary judgment, and its memorandum in support of Plaintiff's cross motion for summary judgment/in opposition to Defendant's motion for summary judgment is due no later

than August 29, 2025; Defendant's reply is due no later than September 23, 2025; and Plaintiff's

reply is due no later than October 14, 2025.

WHEREFORE,  the parties respectfully request that the Court adopt their proposal for

briefing and enter a Minute Order accordingly.  The parties have also included a proposed order

with this Joint Status Report.

Dated: April 30, 2025

| | |
|---|---|
| */s/ Martha Astor* | EDWARD R. MARTIN, Jr. |
| MARTHA ASTOR | D.C. Bar No. 481866 |
| D.C. Bar # 900002288 | United States Attorney |
| DONALD A. DAUGHERTY, JR. | |
| D.C. Bar #900000663 | By:*/s/ Kenneth Adebonojo* |
| DEFENSE OF FREEDOM INSTITUTE | KENNETH ADEBONOJO |
| 1455 Pennsylvania Avenue, NW | Assistant United States Attorney |
| Suite 400 | 601 D Street, NW |
| Washington, DC 20004 | Washington, DC 20530 |
| (321) 390-2707 | (202)252-2562 |
| Martha.Astor@dfipolicy.org | |
| Don.Daugherty@dfipolicy.org | *Attorneys for the United States of America* |
| | |
| *Counsel for Plaintiff* | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| |
|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., |
| Plaintiff, |
| v. |
| DEP'T OF EDUCATION, |
| Defendant. |

Civil Action No. 24-01041 (BAH)

## **PROPOSED ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that Defendant's dispositive motion is due no later than July 15, 2025; Plaintiff's cross-motion for summary judgment, and its memorandum in support of Plaintiff's cross motion for summary judgment/in opposition to Defendant's motion for summary judgment is due no later than August 29, 2025; Defendant's reply is due no later than September 23, 2025; and Plaintiff's reply is due no later than October 14, 2025.

SO ORDERED:

_____
Dated

_____
BERYL A. HOWELL
United States District Judge