UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

By and through undersigned counsel, the Department of Education ("Defendant"), by and through undersigned counsel, respectfully moves to extend the deadline until August 20, 2025, to file Defendant's Motion for Summary Judgment in response to the Complaint filed by Defense of Freedom Institute for Policy Studies, Inc. ("Plaintiff"). The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See generally* ECF No. 1. Defendant has answered. *See* ECF No. 18. Defendant has conducted and adequate search and released responsive records lawfully under FOIA. This is Defendant's first request to enlarge this specific deadline.

2. Notwithstanding the pendency of briefing the parties have continued to engage in a dialogue, hopefully, to narrow or even eliminate any difference they might have regarding Defendant's processing. Indeed, earlier today, Defendant provided responses to Plaintiff's lengthy inquiries into Defendant's handling of its FOIA request.

3. Defendant is optimistic that this recent exchange would move the parties closer toward an amicable resolution. At the very least, these efforts should achieve some measure of narrowing the parties' differences. Defendant does not request this enlargement lightly or to unduly delay an adjudication of this action.

4. Moreover, the undersigned has been inundated with a steady increase in the number of new case assignments generated by a record number of Civil Division cases intakes. The new case intakes are at a pace that could mark the eighth consecutive record-breaking year for new civil case filings in this District. On top of that, another dozen or more cases have been reassigned to the undersigned from his former colleagues. In addition, the undersigned has been approved to take leave at the end of this month into next.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's Counsel who graciously consented to this request. The undersigned had intended to file this motion yesterday and earlier today, but was unable to access the drives needed to access files for this case.

WHEREFORE, Defendant respectfully requests that the deadline to file Defendant's Motion for Summary Judgment be extended through and including August 20, 2025. A proposed order is enclosed herewith.

Dated: July 15, 2025  
    Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:  /s/ Kenneth Adebonojo  
KENNETH ADEBONOJO  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file Defendant's Motion for Summary Judgment, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including June 24, 2025, to file its Motion for Summary Judgment; Plaintiff's shall file its cross-motion for summary judgment and opposition to Defendant' motion for summary judgment no later than September 22, 2025; Defendant's reply is due October 22, 2025; and Plaintiff cross-reply is due no later than November 5, 2025.

SO ORDERED:

_____                    _____
Dated                                                                                     HON. BERYL A. HOWELL
                                                                                                United States District Judge