UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-1041 (BAH) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

　　By and through undersigned counsel, the Department of Education ("Defendant"), by and through undersigned counsel, respectfully moves to extend the deadline until October 22, 2025, to file Defendant's Motion for Summary Judgment in response to the Complaint filed by Defense of Freedom Institute for Policy Studies, Inc. ("Plaintiff"). The grounds for this motion are as follows.

　　1.　Plaintiff commenced this action under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See* generally ECF No. 1. Defendant has answered. *See* ECF No. 18. Defendant has conducted and adequate search and released responsive records lawfully under FOIA.

　　2.　Plaintiff has indicated satisfaction with Defendant's search and withholdings. Therefore, the undersigned believes that the merits of this FOIA action are resolved. Indeed, Plaintiff has suggested that the only remaining issue in this action is FOIA fees. To that end, just today, the undersigned received Plaintiff's counsel's billing and intends to submit it for the agency's consideration.

3. Thus, this enlargement is in the interest of this litigation because it allows the parties, after having resolved FOIA merits, to attempt to resolve the fees issue also. Defendant does not request this enlargement lightly and does so pursuant to Rule 6's "excusable neglect" standard because this deadline somehow did not make it to the undersigned's calendar.

4. The undersigned discovered he had missed the deadline only after reaching out to Plaintiff's counsel again for his billing. In reviewing his emails, the undersigned realized that he had inadvertently missed the deadline. The undersigned respectfully requests the Court's understanding of this inadvertent error.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented. The undersigned do not discern that Plaintiff is prejudiced by this request given that the undersigned also propose that Plaintiff's due dates be adjusted correspondingly.

WHEREFORE, Defendant respectfully request that the deadline to respond to the Complaint be extended through and including October 22, 2025. A proposed order is enclosed.

| | |
|---|---|
| Dated: September 30, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:   */s/ Kenneth Adebonojo*<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202)252-2562<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-1041 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that, by October 22, 2025, defendants shall file their motion for summary judgment; (2) by November 7, 2025, plaintiff shall file its cross-motion for summary judgment and opposition to defendant's motion for summary judgment; (3) by November 28, 2025, defendant shall file its reply; and (4) by January 7, 2026, plaintiff shall file its reply.

SO ORDERED:

_____               _____
Dated                                                                HON. BERYL A. HOWELL
                                                                          United States District Judge