UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

**CONSENT MOTION TO ENLARGE TIME TO FILE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

By and through undersigned counsel, the Department of Education ("Defendant"), respectfully moves for an extension of time until January 23, 2026, to file Defendant's Motion for Summary Judgment as well as other related deadlines. In support, Defendant states the following:

1. Plaintiff commenced this action under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney. *See generally* ECF No. 1. Defendant has answered. *See* ECF No. 18. After the exchange of records, Defendant's motion for summary judgment is due next Monday.

2. Defendant respectfully requests this enlargement because of the government shutdown and the press of other deadlines that previously existed as well as those that are now concentrated over the next few weeks because of said shutdown. The request also contemplates work absences during the upcoming holiday season.

3.      Defendant does not request this enlargement lightly or to unduly delay an adjudication of this action.  Rather, the additional time sought enables the parties to continue their discussions to attempt to resolve this action amicably and without burdening the Court unnecessarily.

4.      The current deadlines in this case had contemplated the government shutdown and Chief Judge Boasberg's administrative orders, which automatically extended them.  Defendant's dispositive motion had been due by October 22, 2025, Plaintiff's cross-motion/opposition was due on November 7, 2025, Defendant's reply was due by November 28, 2025, and any reply by Plaintiff was due on January 7, 2026.  Defendant seeks an enlargement as reflected in the accompanying proposed order.

5.      Pursuant to LCvR 7(m), Defendant conferred with Plaintiff's counsel who graciously consented to this requested enlargement.

Dated: December 12, 2025

                                      JEANINE FERRIS PIRRO
                                      United States Attorney

                                      By:/s/ *Kenneth Adebonojo*
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            (202)252-2562

                                      *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INST. FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEP'T OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-01041 (BAH) |

## **PROPOSED ORDER**

UPON CONSIDERATION of Defendant's motion to enlarge, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's dispositive motion is due no later than January 23, 2026; Plaintiff's cross-motion for summary judgment, and its memorandum in support of Plaintiff's cross motion for summary judgment/in opposition to Defendant's motion for summary judgment is due no later than February 27, 2026; Defendant's reply is due no later than March 27, 2026; and Plaintiff's reply is due no later than April 17, 2026.

SO ORDERED:

_____       _____
Dated                                                                                  BERYL A. HOWELL
                                                                                                 United States District Judge