UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

Plaintiff,

v.

DEP'T OF EDUCATION,

Defendant.

Civil Action No. 24-01041 (BAH)

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

By and through undersigned counsel, the Department of Education ("Defendant"), respectfully moves for an extension of time until March 24, 2026, to file Defendant's Motion for Summary Judgment as well as other related deadlines. In support, Defendant states the following:

1.      First, Defendant acknowledges that the Court had indicated that further enlargements would be disfavored. There is, however, good cause for Defendant's motion in that, because the parties are negotiating fees, they are actually beyond the point merits summary judgment motion. In other words, there is really no summary judgment briefing to be had.

2.      Rather, as indicated in earlier motions to enlarge, the parties have been in serious discussions to resolve the fees issue, which remains the only issue left in this litigation. Specifically, the parties are very close to an agreement to settle the fees issue and have worked diligently to be where they are in settlement negotiations right now.

3.      When the parties started their efforts to resolve the fee issues, they were more than 100% separated from each other.  Now, the parties have closed their gap within 10%-15% of where they started.  Thus, the parties believe that additional time would enable them some time to continue their discussions to reach a goal of an amicable resolution on fees.

4.      In the likely event that the parties can resolve the fees issues, the parties will be able avoid summary judgment and fees briefing, which would in turn unburden the Court of having to rule on the dispositive motion and fees petition.  Thus, the requested enlargement is in the interest of this litigation.  Defendant does not request it lightly or draw the Court's ire.  Perhaps the parties should have stayed summary judgment briefing while they sought to settle fees.

5.      Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's Counsel who consented to the relief sought in this motion.

Dated: March 9, 2026

JEANINE FERRIS PIRRO
United States Attorney

By:/s/ *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

Plaintiff,

v.

DEP'T OF EDUCATION,

Defendant.

Civil Action No. 24-01041 (BAH)

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's motion to enlarge, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant's dispositive motion is due no later than March 24, 2026; Plaintiff's cross-motion for summary judgment, and its memorandum in support of Plaintiff's cross motion for summary judgment/in opposition to Defendant's motion for summary judgment is due no later than May 5, 2026; Defendant's reply is due no later than June 5, 2026; and Plaintiff's reply is due no later than June 26, 2026.

SO ORDERED:

_____
Dated

_____
BERYL A. HOWELL
United States District Judge

- 3 -