UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

Plaintiff,

v.

DEP'T OF EDUCATION,

Defendant.

Civil Action No. 24-01041 (BAH)

## **JOINT STATUS REPORT**

By and through undersigned counsel, the Defense of Freedom Institute for Policy Studies, Inc. ("Plaintiff") and Department of Education ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report is lieu of Defendant's Motion for Summary Judgment. In support, the parties jointly state the following:

1.      The parties jointly submit this Joint Status Report in lieu of Defendant's Motion for Summary Judgment because they have reached an agreement on the fees portion of this litigation subject to reducing their agreement to writing and the required respective approvals.

2.      Thus, the Court may vacate Defendant's summary judgment briefing obligations as the parties embark upon finalizing their agreement.  Defendant anticipates that it would be able to get the Department of Justice's form agreement and proposed stipulation of dismissal to Plaintiff by no later than April 6, 2026.

3.      Thus, the parties respectfully request that the Court permit them to file another Joint Status Report no later than April 24, 2026, if they have not already filed a stipulation of dismissal by that date.

WHEREFORE, the parties' Joint Status Report shall be due no later than April 24, 2026.

Dated: March 24, 2026

RESPECTFULLY SUBMITTED,

_____/s/_____

DONALD A. DAUGHERTY, Jr.
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20004
Telephone: (414) 559-6902

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:/s/ *Kenneth Adebonojo*

    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*