UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

Plaintiff,

v.

DEP'T OF EDUCATION,

Defendant.

Civil Action No. 24-01041 (BAH)

## JOINT STATUS REPORT

By and through undersigned counsel, the Defense of Freedom Institute for Policy Studies, Inc. ("Plaintiff") and Department of Education ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Minute Order entered on March 25, 2026. *See* Min. Ord.  In support, the parties jointly state the following:

1.      In the aforementioned Minute Order, the Court "direct[ed] the parties to file a Joint Status Report by April 24, 2026, unless a stipulation of dismissal is filed before then."  Min. Ord. The parties are mindful that this Joint Status Report is late and begs for the Court's understanding.

2.      Since the parties' last Joint Status Report, *see* ECF No. 33, the parties have reduced their settlement to a writing, and it is awaiting final approvals by Government Counsel's supervisors.  Government Counsel anticipates that his supervisors will approve in the next two weeks.

3.      Thus, the parties respectfully request that the Court permit them to file another Joint Status Report no later than May 22, 2026, if they have not already filed a stipulation of dismissal by that date.

- 2 -

WHEREFORE, the parties' Joint Status Report shall be due no later than May 22, 2026.

Dated: May 1, 2026

RESPECTFULLY SUBMITTED,


JEANINE FERRIS PIRRO
United States Attorney

By:/s/ *Kenneth Adebonojo*
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*


    /s/*Donald A. Daugherty, Jr.*
    DONALD A. DAUGHERTY, Jr.
    1455 Pennsylvania Avenue, N.W.
    Suite 400
    Washington, DC 20004
    Telephone: (414) 559-6902

*Counsel for Plaintiff*