UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INST. FOR
POLICY STUDIES, INC.,

Plaintiff,

v.

DEPARTMENT OF EDUCATION,

Defendants.

Civil Action No. 24-1041 (BAH)

**JOINT STATUS REPORT**

By and through undersigned counsel, the Defendant of Freedom Institute for Policy Studies Inc. ("Plaintiff") and the Department of Education ("Defendant") (collectively, "the parties"), respectfully submit this Joint Status Report pursuant the Court's Minute Order entered on May 4, 2026. In response the parties state the following:

1.    Plaintiff commenced this action on February 26, 2024, under the Freedom of Information Act ("FOIA"), seeking records relating to professional responsibility matters of a particular Department attorney.  *See generally* ECF No. 1.  Defendant has answered.  *See* ECF No. 18.

2.    In response to the parties' last Joint Status Report, *see* ECF 24, the Court directed "the parties to file a Joint Status Report by May 22, 2026, unless a stipulation of dismissal is filed by that date."  Min. Ord.

3.    In their last Joint Status Report, the parties had reported that they had resolved all issues in this case and were in the process of reducing their agreement to writing.  That process is still underway with the parties having exchanged a proposed agreement and had discussions about edits to same.

4.    The process is approaching its culmination as the parties have agreed to a settlement document and it is currently awaiting the Department of Justice's supervisory review and approval. Thus, the parties jointly request that the Court permit them to file another Joint Status Report on June 5, 2026, if a Stipulation of Dismissal is not filed beforehand.

WHEREFORE, the parties respectfully request that the Court adopt their proposal and allow them to file another status report no later than June 5, 2026, if a Stipulation of Dismissal is not filed before then.

Dated: May 22, 2026                            RESPECTFULLY SUBMITTED,

                                               /s/ Donald A. Daugherty Jr.
                                               DONALD A. DAUGHERTY, JR.
                                               1455 Pennsylvania Avenue, N.W.
                                               Suite 400
                                               Washington, DC 20004
                                               Telephone: (414) 559-6902

                                               Counsel for Plaintiff

                                               JEANINE FERRIS PIRRO
                                               United States Attorney


                                                   /s/ Kenneth Adebonojo
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               601 D Street, NW
                                               Washington, DC 20530
                                               (202)252-2562

                                               Attorney for the United States of America